# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**3M COMPANY,**

        **Plaintiff,**

**v.**                                                                   Case No:   6:20-cv-760-Orl-40LRH

**KING LAW CENTER, CHARTERED,**

        **Defendant.**

## RELATED CASE ORDER
## AND TRACK TWO NOTICE

It is hereby **ORDERED** that, no later than fourteen days from the date of this Order, counsel and any *pro se* party shall comply with Local Rule 1.04(d), and shall file and serve a certification as to whether the instant action should be designated as a similar or successive case pursuant to Local Rule 1.04(a) or (b). The parties shall utilize the attached form Notice of Pendency of Other Actions. It is

**FURTHER ORDERED** that, in accordance with Local Rule 3.05, this action is designated a **Track Two** case. All parties must comply with the requirements established in Local Rule 3.05 for Track Two cases. Counsel and any unrepresented party shall meet within **forty-five (45) days**[1] after service of the complaint upon any defendant for the purpose of preparing and filing a Case Management Report. The Case Management Report must be filed within **seven (7) days**[2] of the case management conference. The parties shall utilize the Case Management Report form located at the Court's website **www.flmd.uscourts.gov** under 'Judicial Information' and under assigned Judge Paul G. Byron, United States District Judge. Unless otherwise ordered

---

[1] This forty-five day period supersedes the sixty days set forth in Local Rule 3.05(c)(2)(B).
[2] This seven day period supersedes the fourteen days set forth in Local Rule 3.05(c)(2)B).

by the Court, a party may not seek discovery from any source before the meeting. Fed. R. Civ. P. 26 (d); Local Rule 3.05(c)(2)(B). *Plaintiff is responsible for serving a copy of this notice and order with attachments upon each party no later than fourteen days after appearance of the party.*

May 5, 2020

| ROY B. DALTON, JR. | PAUL G. BYRON |
|---|---|
| Roy B. Dalton, Jr. [37] | Paul G. Byron [40] |
| United States District Judge | United States District Judge |
| | |
| CARLOS E. MENDOZA | WENDY W. BERGER |
| Carlos E. Mendoza [41] | Wendy W. Berger [78] |
| United States District Judge | United States District Judge |
| | |
| G. KENDALL SHARP | PATRICIA C. FAWSETT |
| G. Kendall Sharp [18] | Patricia C. Fawsett [19] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| GREGORY A. PRESNELL | JOHN ANTOON II |
| Gregory A. Presnell [31] | John Antoon II [28] |
| Senior United States District Judge | Senior United States District Judge |
| | |
| ANNE C. CONWAY | |
| Anne C. Conway [22] | |
| Senior United States District Judge | |
| | |
| GREGORY J. KELLY | THOMAS B. SMITH |
| Gregory J. Kelly [GJK] | Thomas B. Smith [TBS] |
| United States Magistrate Judge | United States Magistrate Judge |
| | |
| DANIEL C. IRICK | DAVID A. BAKER |
| Daniel C. Irick [DCI] | David A. Baker [DAB] |
| United States Magistrate Judge | United States Magistrate Judge |
| | |
| LESLIE R. HOFFMAN | EMBRY J. KIDD |
| Leslie R. Hoffman [LRH] | Embry J. Kidd [EJK] |
| United States Magistrate Judge | United States Magistrate Judge |

Attachments:  Notice of Pendency of Other Actions [mandatory form]
  Case Management Report [mandatory form]
  Magistrate Judge Consent / Letter to Counsel
  Magistrate Judge Consent Form / Entire Case
  Magistrate Judge Consent / Specified Motions

Web Case Management Form:   www.flmd.uscourts.gov [mandatory form]

Copies to: All Counsel of Record
All *Pro Se* Parties

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**3M COMPANY,**

        **Plaintiff,**

v.                                   Case No:   6:20-cv-760-Orl-40LRH

**KING LAW CENTER, CHARTERED,**

        **Defendant.**

## NOTICE OF PENDENCY OF OTHER ACTIONS

    In accordance with Local Rule 1.04(d), I certify that the instant action:

_____     IS     related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

        _____
        _____
        _____
        _____

_____     IS NOT     related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

    I further certify that I will serve a copy of this NOTICE OF PENDENCY OF OTHER ACTIONS upon each party no later than fourteen days after appearance of the party.

Dated:

_____
Counsel of Record or *Pro Se* Party
    [Address and Telephone]

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

With the parties' consent, a district judge under 28 U.S.C. § 636(c) can refer any civil matter to a magistrate judge for any or all proceedings, including the resolution of any motion, a jury or non-jury trial, and entry of final judgment. Although the same law, rules, and procedure govern before both the district judge and the magistrate judge, reference to the magistrate judge often results in an earlier and more reliable trial date (a magistrate judge's trial calendar need not accommodate criminal trials, which are subject to the requirement of constitutional and statutory "speedy trial"). A final judgment entered by the magistrate judge is appealable directly to the United States Court of Appeals.

The parties can formalize consent to the magistrate judge on an AO 85 "Notice, Consent, and Reference of a Civil Action to a Magistrate Judge," a copy of which is attached. Consent requires the signature of each party's counsel and the signature of any unrepresented party. The district judges of the Middle District of Florida request that each party and each counsel carefully consider the benefits to the public, to the court, and to the parties of consent to proceed before the magistrate judge. Of course, consent is entirely voluntary, and — without any adverse substantive consequence — a party for any reason can withhold consent and continue the action before the district judge.

_____
Steven D. Merryday
Chief United States District Judge

_____
Timothy J. Corrigan
United States District Judge

_____
Virginia M. Hernandez Covington
United States District Judge

_____
Marcia Morales Howard
United States District Judge

_____
Mary S. Scriven
United States District Judge

_____
Charlene Edwards Honeywell
United States District Judge

_____
Roy B. Dalton, Jr.
United States District Judge

_____
Sheri Polster Chappell
United States District Judge

_____
Brian J. Davis
United States District Judge

_____
Paul G. Byron
United States District Judge

_____
Carlos E. Mendoza
United States District Judge

_____
William F. Jung
United States District Judge

_____
Thomas P. Barber
United States District Judge

_____
Wendy W. Berger
United States District Judge

UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| 3M COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:20-cv-760-Orl-40LRH |
| KING LAW CENTER, CHARTERED | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | | |
|---|---|---|
| 3M COMPANY | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 6:20-cv-760-Orl-40LRH |
| KING LAW CENTER, CHARTERED | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A DISPOSITIVE MOTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.*   A United States magistrate judge of this court is available to conduct all proceedings and enter a final order dispositive of each motion.   A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have motions referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences.   The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's consideration of a dispositive motion.*   The following parties consent to have a United States magistrate judge conduct any and all proceedings and enter a final order as to each motion identified below *(identify each motion by document number and title)*.

**Motions:** _____

_____

_____

| *Parties' printed names* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| | | |
| | | |
| | | |

**Reference Order**

**IT IS ORDERED:** The motions are referred to a United States magistrate judge to conduct all proceedings and enter a final order on the motions identified above in accordance with 28 U.S.C. § 636(c).

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note:   Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge.   Do not return this form to a judge.