IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

3M COMPANY,

        Plaintiff,

v.

                                                   Case No.: 6:20-cv-00760

KING LAW CENTER, CHARTERED,

        Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

The Plaintiff, 3M COMPANY ("3M"), represented by Joseph M. Wasserkrug of McDermott Will & Emery, LLP and the Defendant, KING LAW CENTER, CHARTERED ("King Law Center"), represented by John M. Brennan of GrayRobinson, P.A., pursuant to Local Rule 3.08(a), hereby notify the Court of the settlement of all claims in this matter. The parties have fully and amicably resolved this matter by a Settlement Agreement without the payment of money. King Law Center has fully cooperated with 3M to address all of its concerns that led to the filing of this lawsuit. Nothing contained in the Settlement Agreement constitutes an admission of wrongdoing, negligence, or fault by any Party to the Agreement. King Law Center, at all relevant times, believed it was acting in good faith to attempt to procure Personal Protective Equipment for potential health care and government clients in response to the global pandemic. Plaintiff 3M expects to file a joint stipulation for the dismissal of this case, with prejudice, on or before May 15, 2020.

/165368/1#41030697 v1

Respectfully submitted this 15th day of May, 2020.

| | |
|---|---|
| */s/ Joseph M. Wasserkrug* | */s/ John M. Brennan* |
| JOSEPH M. WASSERKRUG | JOHN M. BRENNAN |
| Florida Bar No. 112274 | Florida Bar No: 0297951 |
| McDermott Will & Emery, LLP | GrayRobinson, P.A. |
| 333 SE 2nd Avenue, Suite 4500 | 301 E. Pine Street, Suite 1400 |
| Miami, Florida 33131-4336 | Post Office Box 3068 |
| (305) 347-6501 Telephone | Orlando, FL 32801 |
| (305) 938-0793 Facsimile | (407) 843-8880 Telephone |
| jwasserkrug@mwe.com | (407) 244-5690 Facsimile |
| MICHAEL W. WEAVER | jay.brennan@gray-robinson.com |
| McDermott Will & Emery, LLP | jessica.rolon@gray-robinson.com |
| 44 W. Lake Street, Suite 4000 | *Attorneys for the Defendant,* |
| Chicago, Illinois 60606-0029 | *KING LAW CENTER, CHARTERED* |
| (312) 984-5820 Telephone | |
| (312)  Facsimile | |
| mweaver@mwe.com | |
| *Attorneys for the Plaintiff, 3M COMPANY* | |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on **May 15, 2020**, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel or parties authorized to receive electronic filings in this case and the foregoing document was served via email upon John M. Brennan, Esq., *jay.brennan@gray-robinson.com* and *Jessica.rolon@gray-robinson.com*, Gray Robinson 301 East Pine Street, Suite 1400, Orlando, Florida 32801, *Attorneys for Defendant, King Law Center, Chartered*.

                                        */s/ Joseph M. Wasserkrug*
                                        Joseph M. Wasserkrug (FBN 112274)